# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **MARION REED, Individually and as Administrator of the Estate of Barbara C. Reed, JENNIFER EDSON, and RANDY REED,**<br><br>Plaintiffs,<br><br>v.<br><br>**REICHHOLD LIQUIDATION, INC.** doing business as Liquidating Reichhold, Inc.,<br><br>Defendant. | CIVIL NO. 1:18-cv-00720-WO-JLW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, Plaintiffs MARION REED, Individually and as Administrator of the Estate of Barbara C. Reed, JENNIFER EDSON, and RANDY REED and Defendant REICHHOLD LIQUIDATION, INC. doing business as Liquidating Reichhold, Inc., by and through their respective counsel, hereby submit their Stipulation of Dismissal.

Plaintiffs have accepted the Defendant's FRCP 68 Offer of Judgment and other additional valuable consideration.

THE PARTIES THEREFORE STIPULATE that the Plaintiff dismisses with prejudice the Defendant, REICHHOLD LIQUIDATION, INC., from the above-entitled cause.

**Dated: November 5, 2021**

                                             Respectfully submitted,

                                             HENDLER FLORES LAW, PLLC

                                             */s/ Scott M. Hendler*

                                             Scott M. Hendler – *Pro Hac Vice*
                                             Texas Bar No. 09445500
                                             shendler@hendlerlaw.com
                                             901 S. MoPac Expressway, Suite 300
                                             Austin, Texas 78746

Telephone: (512) 439-3200
Facsimile: (512) 439-3201
***Attorney for Plaintiffs***



GORDON REES SCULLY
MANSUKHANI, LLP

*/s/ Clyde Adams*
Clyde Oates Adams, IV
TX State Bar No. 24026761
2200 Ross Avenue,
Suite 4100W
Dallas, Texas 75201
Telephone: (713) 490-4865
Fax: (214)461-4053
E-Mail: coadams@grsm.com
***Attorney for Reichhold Liquidation, Inc.***
***d/b/a Liquidating Reichhold, Inc.***